IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANTHONY ROBERTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Cause No.  1:13-CV-1896-RLY-DKL |
| INDEX CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

Come now the parties, by counsel, and hereby stipulate and agree to the dismissal of the above-captioned cause of action with prejudice for the reasons that all issues therein involved have been fully compromised and settled.  The parties further agree to bear their own costs.

By _/s/Ronald E. Weldy (with permission)_
   Ronald E. Weldy
   Weldy & Associates
   8383 Craig Street, Suite 330
   Indianapolis, IN  46250
   (weldy@weldylaw.com)
   Attorneys for Plaintiff

(Permission for electronic signature obtained
from counsel pursuant to S.D.Ind.L.R. 5-7(e))

By _/s/Alexander P. Will_
   Heather L. Wilson, Atty. #20432-41
   Alexander P. Will, Atty. #23474-49
   FROST BROWN TODD llc
   201 N. Illinois St., Suite 1900
   P.O. Box 44961
   Indianapolis, IN  46244-0961
   317-237-3800
   Fax: 317-237-3900
   hwilson@fbtlaw.com
   awill@fbtlaw.com

   Attorney for Defendant

LR00005.0613357   4813-4892-0609v1