IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANTHONY ROBERTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Cause No. 1:13-CV-1896-RLY-DKL |
| INDEX CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING STIPULATION OF DISMISSAL

The Plaintiff, by counsel, and Defendant, by counsel, having filed their Joint Stipulation of Dismissal, and the Court being duly advised now GRANTS said Stipulation of Dismissal.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice, costs paid.

Dated: 2/05/2015

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION:

Ronald E. Weldy
Weldy & Associates
(weldy@weldylaw.com)

Heather L. Wilson
Alexander P. Will
FROST BROWN TODD LLC
hwilson@fbtlaw.com
awill@fbtlaw.com